FILED
7/28/2015 12:57:34 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

CAUSE NO. 2015CI07374

| | | |
|---|---|---|
| DALE BRUMFIELD, | § | IN THE DISTRICT COURT |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| ZURICH AMERICAN | § | |
| INSURANCE CO., TEXAS | § | BEXAR COUNTY, TEXAS |
| DEPARTMENT OF | § | |
| INSURANCE—DIVISION OF | § | |
| WORKERS' COMPENSATION, | § | |
| and COMMISSIONER RYAN | § | |
| BRANNAN, in his official capacity, | § | |
| *Defendants.* | § | 288TH JUDICIAL DISTRICT |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/28/2015 2:48:57 PM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

Defendants the Texas Department of Insurance, Division of Workers' Compensation (the Division) and Commissioner Ryan Brannan in his official capacity (the Commissioner) hereby give notice of their appeal of the Order signed by the Court on July 22, 2015. This order denied the Division's and the Commissioner's Plea to the Jurisdiction. This interlocutory appeal is taken pursuant to Texas Civil Practice and Remedies Code §§ 51.014(a)(5) and 51.014(a)(8).

The Division and the Commissioner appeal to the Fourth Court of Appeals.

Dated: July 28, 2015

1

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

*/s/ Harold J. Liller*
HAROLD J. LILLER
State Bar No. 24029689
Assistant Attorney General
Administrative Law Division
OFFICE OF THE TEXAS ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:    (512) 475-4300
Facsimile:       (512) 320-0167
harold.liller@texasattorneygeneral.gov

*Attorneys for Texas Department of Insurance – Division of Workers' Compensation and Commissioner Ryan Brannan in his official capacity*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above *Defendants Texas Department of Insurance—Division of Workers' Compensation and Commissioner Ryan Brannan's Notice of Appeal* has been served on this the 28th day of July, 2015 on the following:

Bradley Dean McClellan                         **Via: e-service and/ or**
State Bar No. 13395980                          **electronic mail**
The Law Offices of Richard Pena, P. C.
1701 Directors Blvd., Suite 110
Austin, Texas 78744
Brad.mcclellan@yahoo.com
*Attorney for Plaintiff Brumfield*

David Owen Cluck                               **Via: e-service and/ or**
Flahive, Ogden & Latson                         **electronic mail**
P.O. Box 201329
Austin, Texas 78720
DOC@fol.com
*Attorney for Zurich American Insurance Co.*


                                    */s/ Harold J. Liller*
                                    HAROLD J. LILLER
                                    Assistant Attorney General

3